ELRAE CORPORATION, complainant,

*v.*

BANKERS TRUST COMPANY et al., defendants.

[Decided February 1st, 1932.]

*Messrs. Thompson & Hanstein,* for the complainant.

*Mr. W. Lindley Jeffers,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *105 N. J. Eq. 501.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 15.

*For reversal*—None.